JONES v. MEEHAN ét al. (Circuit Court of Appeals, Eighth Circuit. May 28, 1896.) No. 771. Appeal from the Circuit Court of the United States for the District of Minnesota. James A. Kellogg, for appellant. Orville Rinehart, C. D. O'Brien, and Thomas D. O'Brien, for appellees. No opinion. Dismissed, with costs, for want of jurisdiction, on motion of appellees.

---

KELLEY–GOODFELLOW SHOE CO. et al. v. SCALES et al. (Circuit Court of Appeals, Eighth Circuit. December 8, 1896.) No. 640. Error to the United States Court for the Northern District of Indian Territory. Harrison O. Shepard and Joseph M. Hill, for plaintiffs in error. William T. Hutchings, for defendants in error. No opinion. Dismissed, with costs, pursuant to the twenty-second rule, for want of prosecution.

---

KING et al. v. LEWIS. (Circuit Court of Appeals, Sixth Circuit. October 26, 1896.) No. 444. Appeal from the Circuit Court of the United States for the Northern District of Ohio, Eastern Division. J. W. Jenner, for plaintiffs. Darius Dirlam, for defendant. No opinion. Judgment affirmed.

---

KINGMAN et al. v. WESTERN MANUF'G CO.[1] (Circuit Court of Appeals, Eighth Circuit. May 21, 1896.) No. 763. Error to the Circuit Court of the United States for the District of Nebraska. James H. McIntosh, for plaintiffs in error. G. M. Lambertson and Walter J. Lamb, for defendant in error. No opinion. Dismissed, with costs, for want of jurisdiction, on motion of defendant in error.

---

KINNEY et al. v. CUNNINGHAM et al. (Circuit Court of Appeals, Eighth Circuit. December 18, 1896.) No. 798. Appeal from the Circuit Court of the United States for the District of Nebraska. Carroll S. Montgomery and Matthew A. Hall, for appellants. D. W. Merrow, for appellees. Dismissed, at costs of appellants, without attorney fee in the court of appeals or the circuit court, pursuant to stipulation of the parties.

---

LIVE STOCK CAR–EQUIPMENT CO. v. MAY et al. (Circuit Court of Appeals, Second Circuit. December 18, 1895.) No. 478. Appeal from the Circuit Court of the United States for the Eastern District of New York. W. E. Simmonds and Chas. M. Stafford, for appellant. Ira Leo Bamberger and Cowan, Dickerson & Brown, for appellees. No opinion. Decree affirmed, with costs, on opinion of court below.

---

MAGNA CHARTA SILVER MINING & TUNNEL CO. et al. v. HOLE. (Circuit Court of Appeals, Eighth Circuit. June 29, 1896.) No. 822. Appeal from the Circuit Court of the United States for the District of Colorado. E. Sowers, for appellee. No opinion. Docketed and dismissed, with costs, pursuant to the sixteenth rule, on motion of appellee.

[1] Rehearing denied September 21, 1896.